FILED

04/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF
ZACHARY M. NIELSEN

O R D E R

Zachary M. Nielsen has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of applying for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Nielsen passed the MPRE in August 2017 when seeking admission to the practice of law in the State of Colorado, just beyond the three-year requirement. According to the petition, Nielsen has practiced for three years and "has never had any sort of ethics complaint in his time as an attorney." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Zachary M. Nielsen to waive the three-year test requirement for the MPRE for purposes of a current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 13 day of April, 2021.

_____
Chief Justice

_____

FILED

APR 1 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____

_____
Justices

2